UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marilyn F. Gardner,
    Plaintiff

CIVIL ACTION NO. 05-11894GAO

V.

Scott R. Gardner and
Nichelle Gardner a/k/a
Michelle Gardner,
    Defendants

## STIPULATION FOR DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, without prejudice, and without costs.

Dated this 19th day of December, 2005

| | |
|---|---|
| *[signature]* | *[signature]* |
| Attorney for Defendants | Attorney for Plaintiff |
| Johathan M. White, BBO# 644571 | Augusta G. Dickson, BBO#648347 |
| Law Offices of Robert E. Noonan | 1126 Middlesex Street, Suite 6 |
| 99 Summer Street, Suite 1140 | Lowell, MA 01851 |
| Boston, MA 02110 | (978) 937-2666 |
| (617) 737-3975 | |